IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No.: 24-CR-471 (RDM) |
| v. | : | 40 U.S.C. § 5104(e)(2)(D) and (G) |
| **KATHRYN DIANE MCEVOY,** | : | |
| Defendant. | : | |

## STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Kathryn Diane McEvoy, with the concurrence of the defendant's attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

### *The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2. On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public.

3. On January 6, 2021, a joint session of the United States Congress convened at the Capitol. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday,

November 3, 2020. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5. At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. Officers with the D.C. Metropolitan Police Department were called to assist officers of the USCP who were then engaged in the performance of their official duties. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6. At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $2.9 million dollars for repairs.

7. Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *The Defendant's Participation in the January 6, 2021, Capitol Riot*

8. Following the election that took place on November 3, 2020, Evans and McEvoy texted extensively about the claim that that there was fraud in the 2020 Presidential Election.

9. On December 19, 2020, Evans texted McEvoy suggesting that they "go to the Jan 6 rally in DC." McEvoy agreed.

10. McEvoy and Evans met up in Maryland in the morning of January 6, 2021 and traveled together to Washington, D.C. On January 6, 2021, McEvoy was wearing a green jacket, dark pants, white hat, and carrying a black backpack, as depicted in Images 1 and 2 below. McEvoy and Evans attended at least part of former President Trump's "Stop the Steal" rally.



*Images 1 and 2: McEvoy (circled) wore a white cap, green jacket, and black backpack on January 6, 2021*

11. McEvoy and Evans entered restricted Capitol Grounds early in the afternoon of January 6, 2021. Specifically, based on metadata from photographs taken by McEvoy, McEvoy and Evans arrived on restricted Capitol Grounds by at latest 1:13 p.m., less than twenty minutes after the first breach of Capitol Grounds at the Peace Circle. Evans and McEvoy stayed together throughout the afternoon. They would remain on restricted Capitol Grounds for approximately two hours.

12. At around 2:17 p.m., McEvoy and Evans saw that a tarp covering the Northwest scaffolding had been ripped, that rioters were climbing the scaffolding, and that rioters were ascending the adjacent stairs. *See* Image 3.

*Image 3: Photo on McEvoy's phone taken at 2:17 p.m., depicting the crowd climbing the stairs to the Upper West Terrace and rioters climbing the scaffolding*

13.  By 2:55 p.m., McEvoy and Evans were present on the Upper West Terrace. At that time, the mob filled the Upper West Terrace, and rioters were entering the Building through both the Senate Wing Door and the adjacent Parliamentarian Door. McEvoy took the photograph included below as Image 4, which depicts another rioter[1] encouraging rioters to enter the breached Parliamentarian Door.

---

[1] *United States v. Jennifer Inunza Vargas-Geller*, 23-MJ-99 (D.D.C).



*Image 4: McEvoy took a photo of the chaos on the Upper West Terrace*

14.     At approximately 2:58 p.m., Evans and McEvoy entered the U.S. Capitol Building through the Senate Parliamentarian Door, also known as the Senate Fire Door. *See* Image 5. At the time they entered, a loud alarm was ringing and other rioters were streaming inside the building. McEvoy took photos during her entry and once inside.



*Image 5: McEvoy (circled yellow) and Evans (circled orange) entered the Capitol via the Senate Parliamentarian Door at 2:58 p.m., with Evans holding up his phone*

15. The hallway was crowded with other rioters, as depicted in a photo taken by McEvoy at 2:58 p.m. *See* Image 6. After about a minute, at 2:59 p.m., McEvoy and Evans went into S-131, a room immediately left of the entrance. *See* Image 7.



*Image 6: McEvoy (behind the camera) took a photo of the mob in the hallway leading from the Parliamentarian Door*



*Image 7: McEvoy (circled yellow) and Evans (circled orange) proceeded into S-131 at 2:59 p.m.*

16. McEvoy and Evans remained inside S-131 for approximately two minutes. McEvoy took multiple photos depicting the scene inside, as well as the mob outside. *See* Images 8 through 11.



*Images 8 through 11 (L-R): Photos taken by McEvoy depicting the scene inside and outside S-131 at the time McEvoy and Evans entered*

17. At approximately 3:01 p.m., officers from U.S. Capitol Police and Metro Transit Police began clearing the hallway outside S-131 and appear to direct rioters inside to leave. At officers' direction, McEvoy and Evans left the Capitol at approximately 3:02 p.m. through the Parliamentarian Door, as depicted in Image 12 and 13 below. They spent approximately four minutes inside the Building in total.



*Image 12: Law enforcement directed McEvoy (circled yellow) and Evans (circled orange) out of S-131*



*Image 13: Evans (circled orange) and McEvoy (circled yellow) left the Capitol Building at approximately 3:02 p.m.*

### *Elements of the Offense*

18.  The parties agree that Disorderly Conduct in a Capitol Building or Grounds, 40 U.S.C. § 5104(e)(2)(D), requires the following elements:

   a. First, the defendant engaged in disorderly or disruptive conduct in any of the United States Capitol Buildings or Grounds.

   b. Second, the defendant did so with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress.

   c. Third, the defendant acted willfully and knowingly.

19.  Further, the parties agree that Parading, Demonstrating, or Picketing in a Capitol Building, 40 U.S.C. § 5104(e)(2)(G), requires the following elements:

   d. First, the defendant paraded, demonstrated, or picketed in any of the United States Capitol Buildings.

   e. Second, the defendant acted willfully and knowingly.

### *Defendant's Acknowledgments*

20.  The defendant knowingly and voluntarily admits to all the elements as set forth above. Specifically, the defendant admits that she willfully and knowingly engaged in disorderly and disruptive conduct in the U.S. Capitol Building and its grounds with the intent to impede, disrupt, and disturb the orderly conduct of a session of Congress—specifically, the Certification of the 2020 Presidential Election. Defendant further admits that she willfully and knowingly paraded, demonstrated, and picketed in the United States Capitol Building.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: /s/ Michael L. Barclay
MICHAEL L. BARCLAY
Assistant United States Attorney
N.Y. Bar Reg. No. 5441423
U.S. Attorney's Office for the District of Columbia
601 D Street, NW
Washington, D.C. 20530
(202) 252-7669
Michael.Barclay@usdoj.gov

## DEFENDANT'S ACKNOWLEDGMENT

I, Kathryn Diane McEvoy, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 10/23/24

10/28/24

Kathryn Diane McEvoy
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 10/23/24

Nabeel Kibria
Attorney for Defendant